**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7641**

---

BENJAMIN HENDERSON JONES,

Plaintiff - Appellant,

versus

D. R. GUILLORY; JARVIS; MOORE; KELLY; LAYTON
T. LESTER; CARRAGELA; TOWNSEND; HENRY DIXON,
Sgt.; RONALD W. ANGELONE; J. GILMORE; GEORGE
ALLEN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CA-95-711-AM)

---

Submitted: January 11, 1996      Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Benjamin Henderson Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Jones appeals from a district court order dismissing his complaint without prejudice for failure to amend or particularize. We dismiss.

Because the complaint may be saved by amendment, the appeal of the order dismissing it is interlocutory and we are without jurisdiction to consider it. <u>Domino Sugar Corp v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1067 (4th Cir. 1993). Therefore, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2